In the Matter of the Petition of ELIZABETH S. ACCLES, Executrix, etc., of WILLIAM J. ACCLES, Deceased, Appellant, for an Inquiry, Pursuant to Section 205 of the Surrogate's Court Act. PHILIPPINE NATIONAL BANK and FLEETWOOD BANK,

Respondents.— Order of the Surrogate's Court of Westchester county adjudging that the Philippine National Bank is entitled to the possession of the sum of $1,764.81 deposited in the Fleetwood Bank unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ. [153 Misc. 421.]